NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CAROLINE O'MEARA, | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | **ORDER** |
| v. | : | Civil Action No. 07-CV-4429 (DMC) |
| THE CIT GROUP, Inc., | : | |
| Defendant. | : | |

This matter coming before the Court upon motion for summary judgment by Plaintiff Caroline O'Meara ("Plaintiff") and motion for summary judgment by Defendant The Cit Group, Inc. ("Defendant"); and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this   24th   day of March, 2008;

**ORDERED** that Plaintiff's motion for summary judgment is **granted in part and denied in part**, such that summary judgment is granted with respect to Counts I and II and denied with respect to Counts III and IV

**ORDERED** that Defendant's motion for summary judgment is **granted in part and denied in part**, such that summary judgment is denied with respect to Counts I and II and granted with respect to Counts III and IV.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:            All Counsel of Record
                Hon. Mark Falk, U.S.M.J.
                File